IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FRANK S. KULA,

    Plaintiff,

v.                                         Civil Action No.3:07-CV-114

UNITED STATES OF AMERICA,

    Defendant.

## ORDER DIRECTING CLERK TO SEND ATTACHED APPLICATION AND AFFIDAVIT TO PLAINTIFF AND REQUEST FOR ADDITIONAL INFORMATION

On August 29, 2007, Frank S. Kula, ["Plaintiff"], filed a complaint under 28 U.S.C. § 1985 and an Application for Leave to Proceed in forma pauperis. Because Plaintiff's financial condition was not clear to the Court, the Court requests Plaintiff complete and file the attached Application To Proceed Without Prepayment of Fees and Affidavit.

Accordingly, it is ORDERED that the Clerk send the attached Application to Proceed Without Prepayment of Fees and Affidavit to Plaintiff.

DATED: December 14, 2007

                                                 /s/ James E. Seibert
                                                 JAMES E. SEIBERT
                                                 UNITED STATES MAGISTRATE JUDGE